UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2036(PAM/RLE)

| | | |
|---|---|---|
| MICHAEL J. LOISEL, Plaintiff, | ) | |
| v. | ) | ORDER |
| USFS LACROIX RANGER STATION, Defendant. | ) | |

Upon application of Defendant, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that Defendant shall be, and hereby is, granted an extension of time to respond to the Statement of Claim of Plaintiff to January 2, 2002.

Dated: 11/13/01

Raymond L. Erickson
United States Magistrate Judge

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5