UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2036 PAM/RLE

MICHAEL J. LOISEL,

Plaintiff,

v.

USFS LaCROIX RANGER STATION,

Defendant.

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED

That the Stipulation To Dismiss with Prejudice is hereby GRANTED.

Dated: Jan 24, 2002

PAUL A. MAGNUSON
United States District Court Judge

FILED JAN 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK